

FILED
3/4/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

BI

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | No. |
|---|---|
| v. | Violations: Title 18, United States Code, Sections 2243(b) and 2244(a)(4) |
| BRITTANY HALL | |

**COUNT ONE**

The SPECIAL MAY 2024 GRAND JURY charges:

1. At times material to this Indictment:

    a. The Metropolitan Correctional Center Chicago ("MCC-Chicago") was a federal prison located in Chicago, Illinois.

    b. Defendant BRITTANY HALL was employed by the Federal Bureau of Prisons assigned to the MCC-Chicago as a correctional officer and was assigned to Unit 12, located on the 12th Floor of MCC-Chicago, where female inmates were held.

    c. As a correctional officer assigned to MCC-Chicago, BRITTANY HALL's duties and responsibilities involved the supervision, care, and correctional treatment of inmates, as well as enforcing rules and regulations governing inmate conduct.

    d. Victim A and Victim B were female inmates detained in Unit 12 of MCC-Chicago and were charged with offenses in the United States District Court for the Northern District of Illinois.

e. Victim C and Victim D were female inmates in Unit 12 of MCC-Chicago and were serving federal prison sentences.

2. On or about December 4, 2023, in the Northern District of Illinois, Eastern Division,

BRITTANY HALL,

defendant herein, while in MCC-Chicago, a Federal prison, knowingly engaged in sexual contact with Victim A, a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the defendant, by touching Victim A's breasts, while the defendant and Victim A were at MCC-Chicago;

In violation of Title 18, United States Code, Section 2244(a)(4).

## **COUNT TWO**

The SPECIAL MAY 2024 GRAND JURY further charges:

1. The allegations of paragraph 1 of Count One are incorporated here.

2. On a date between on or about December 7, 2023, and on or about December 11, 2023, in the Northern District of Illinois, Eastern Division,

BRITTANY HALL,

defendant herein, while in MCC-Chicago, a Federal prison, knowingly engaged in a sexual act with Victim A, a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the defendant, by contacting Victim A's vulva with her mouth and by penetrating Victim A's genital opening with her hand and finger, while the defendant and Victim A were at MCC-Chicago;

In violation of Title 18, United States Code, Section 2243(b).

## **COUNT THREE**

The SPECIAL MAY 2024 GRAND JURY further charges:

1. The allegations of paragraph 1 of Count One are incorporated here.

2. On a date between on or about December 24, 2023, and on or about December 25, 2023, in the Northern District of Illinois, Eastern Division,

BRITTANY HALL,

defendant herein, while in MCC-Chicago, a Federal prison, knowingly engaged in sexual contact with Victim B, a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the defendant, by touching Victim B's breasts, while the defendant and Victim B were at MCC-Chicago;

In violation of Title 18, United States Code, Section 2244(a)(4).

## COUNT FOUR

The SPECIAL MAY 2024 GRAND JURY further charges:

1. The allegations of paragraph 1 of Count One are incorporated here.

2. On a date between on or about December 24, 2023, and on or about December 25, 2023, in the Northern District of Illinois, Eastern Division,

BRITTANY HALL,

defendant herein, while in MCC-Chicago, a Federal prison, knowingly engaged in a sexual act with Victim C, a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the defendant, by penetrating Victim C's genital opening with her hand and finger, while the defendant and Victim C were at MCC-Chicago;

In violation of Title 18, United States Code, Section 2243(b).

## COUNT FIVE

The SPECIAL MAY 2024 GRAND JURY further charges:

1. The allegations of paragraph 1 of Count One are incorporated here.

2. On or about December 29, 2023, in the Northern District of Illinois, Eastern Division,

BRITTANY HALL,

defendant herein, while in MCC-Chicago, a Federal prison, knowingly engaged in a sexual act with Victim D, a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the defendant, by penetrating Victim D's genital opening with her hand and finger, while the defendant and Victim D were at MCC-Chicago;

In violation of Title 18, United States Code, Section 2243(b).

## **COUNT SIX**

The SPECIAL MAY 2024 GRAND JURY further charges:

1. The allegations of paragraph 1 of Count One are incorporated here.

2. On or about December 29, 2023, in the Northern District of Illinois, Eastern Division,

BRITTANY HALL,

defendant herein, while in MCC-Chicago, a Federal prison, knowingly engaged in sexual contact with Victim C, a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the defendant, by touching Victim C's genitalia, while the defendant and Victim C were at MCC-Chicago;

In violation of Title 18, United States Code, Section 2244(a)(4).

## **COUNT SEVEN**

The SPECIAL MAY 2024 GRAND JURY further charges:

1. The allegations of paragraph 1 of Count One are incorporated here.

2. On or about December 31, 2023, in the Northern District of Illinois, Eastern Division,

BRITTANY HALL,

defendant herein, while in MCC-Chicago, a Federal prison, knowingly engaged in a sexual act with Victim C, a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the defendant, by penetrating Victim C's genital opening with her hand and finger, while the defendant and Victim C were at MCC-Chicago;

In violation of Title 18, United States Code, Section 2243(b).

## COUNT EIGHT

The SPECIAL MAY 2024 GRAND JURY further charges:

1. The allegations of paragraph 1 of Count One are incorporated here.

2. On or about December 31, 2023, in the Northern District of Illinois, Eastern Division,

BRITTANY HALL,

defendant herein, while in MCC-Chicago, a Federal prison, knowingly engaged in a sexual act with Victim A, a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the defendant, by contacting Victim A's vulva with her mouth and by penetrating Victim A's genital opening with her hand and finger, while the defendant and Victim A were at MCC-Chicago;

In violation of Title 18, United States Code, Section 2243(b).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Andrew C. Erskine on behalf of the
ACTING UNITED STATES ATTORNEY