**FILED** **BI**
**3/4/2025**
**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

**1:25-cr-00119**
**Judge Robert W. Gettleman**
**Magistrate Judge Jeannice W. Appenteng**
**Random/Cat. 4**

**FELONY**



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

| Name | Issue Arrest Warrant | In Custody |
|---|---|---|
| Brittany Hall | Yes | No |

Is this an indictment or information arising out of offenses charged in one or more previously filed complaints involving the same parties and relating to the same subject matter? **No**

Is this an indictment or information that supersedes one or more previously filed indictments or informations? **No**

Is any defendant charged in this matter currently under supervised release in the Northern District of Illinois? **No**

Does this indictment or information charge 15 defendants or more? **No**

Does this indictment or information charge between 8-14 defendants, or charge Capital murder? **No**

What is the most severe level of offense/penalty in this indictment or information? **Civil Rights IV**

Does the indictment or information charge a felony offense? **Yes**

List of Statutes: **Title 18, United States Code, Sections 2243(b) and 2244(a)(4)**

Assistant United States Attorney(s): **Jonathan L. Shih**

Contact Person and Phone Number: **(312) 353-5361**